## GREGORY v. TOWN OF PLYMOUTH

No. 95P83.

Case below: 60 N.C. App. 431.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 31 May 1983.

## IN RE WILLIAMS v. SCM PROCTOR SILEX

No. 132P83.

Case below: 60 N.C. App. 572.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 May 1983.

## McCALL v. CONE MILLS CORP.

No. 191P83.

Case below: 61 N.C. App. 118.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 31 May 1983.

## McKENZIE v. CITY OF HIGH POINT

No. 224P83.

Case below: 61 N.C. App. 393.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 26 May 1983.

## NORTHWESTERN BANK v. MORRISON

No. 118P83.

Case below: 60 N.C. App. 767.

Petition by defendants for discretionary review under G.S. 7A-31 denied 31 May 1983.